NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD TRACY PAYNE, DOC #949528,    )
                                    )
              Appellant,            )
                                    )
v.                                  )
                                    )    Case No.  2D18-1648
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____ )

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Ronald Tracy Payne, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.